1    MELINDA HAAG (CABN 132612)
     United States Attorney

2

3    J. DOUGLAS WILSON (DCBN 412811)
     Chief, Criminal Division

4    MANISH KUMAR (CABN 269493)
     Special Assistant United States Attorney

5    1301 Clay Street, Suite 340S
     Oakland, California 94612

6    Telephone: (510) 637-3680
     FAX: (510) 637-3724

7    manish.kumar2@usdoj.gov

8    Attorneys for United States of America

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )   CASE NO. 4:14-70218 MAG
                                        )
14           Plaintiff,                 )   **STIPULATION AND PROTECTIVE ORDER**
          v.                            )
15                                      )
     HAROLD LLOYD JONES, JR.,           )
16                                      )
             Defendant.                 )
17                                      )
     _____)
18

19           The parties hereby stipulate and agree that entry of a protective order is appropriate in this

20   matter.  Upon request, the United States will produce to counsel for the defendant, documents that

21   contain personal and private information of the defendant and third parties.  This information includes

22   personal identifying information and private financial information, such as account numbers, locations,

23   and transactional records.  Pursuant to Federal Rule of Criminal Procedure 16, the parties agree that

24   disclosure of these materials should be subject to the restrictions outlined in the proposed order attached

25   //

26   //

27   //

28   //

STIP. AND PROTECTIVE ORDER
No. 4:14-70218 MAG                      1

1    to this Stipulation.

2

3          IT SO STIPULATED.

4    DATED: March 25, 2014                    /s/ TERESA CAFFESE
                                              Counsel for Defendant
5
     DATED: March 25, 2014                    /s/ MANISH KUMAR
6                                             Special Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROTECTIVE ORDER

Upon agreement of the parties, the Court finds that there is good cause to enter a protective order regarding the documents and materials that will be produced by the United States to the defense as discovery in this matter.  Therefore, the Court hereby ORDERS:

1.    Except when being actively examined for the purpose of the preparation of the defense of the defendant, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a secure location accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator(s).  That discovery includes but is not limited to addresses, telephone numbers, credit card numbers, and information related to credit card accounts and lines of credit.  Defense counsel, members of his or her law firm, the defendant, and the investigator(s) shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2.    The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of the defendant and for no other purpose:

    a.    Counsel for defendant;

    b.    Members of the defendant's law office who are assisting with the preparation of the defense;

    c.    Defendant and third party witnesses, but only in the presence of defense counsel or another authorized person listed in this paragraph, except that the defendant may examine, outside the presence of counsel, a copy of such documents that is redacted to remove all personal identifying and private financial information of third parties; and

    d.    Investigators retained by the defendant to assist in the defense of this matter.

3.    Defense counsel acknowledge their responsibilities pursuant to Fed. R. Crim. P. 49.1 and will redact discovery containing personal identifying information before filing it with the Court or

1    sharing it with third parties who are not signatories to this protective order.

2        4.    Within fourteen court days of the conclusion of this matter, the defense shall return or

3    destroy all materials provided to defense counsel pursuant to this Order, including all copies of the

4    materials.  If the defendant believes that he must maintain the material for any reason related to appeal,

5    the defendant must seek authorization from the Court within 30 days of the filing of a judgment in this

6    matter.

7        5.    A copy of this order shall be maintained with the documents at all times.

8        6.    All individuals other than defense counsel and the defendant who receive access to the

9    materials pursuant to this Order, prior to receiving access to the materials, shall sign a copy of this Order

10   acknowledging that:

11            a.    they have reviewed the Order;

12            b.    they understand its contents;

13            c.    they agree that they will only access the documents and information for the

14                  purposes of preparing a defense in this matter;

15            d.    they understand that failure to abide by this Order may result in sanctions by this

16                  Court.

17       7.    No other person may be allowed to examine the material without further court order.

18   Examination of the documents shall be done in a secure environment which will not expose the

19   materials to other individuals not listed above.

20       IT IS SO ORDERED.

21       DATED:  3/26/2014

22                                    _____
                                       HONORABLE DONNA M. RYU
23                                     UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

The undersigned acknowledges that he or she

    i.    reviewed the attached Protective Order;

    ii.    understands its contents;

    iii.    agrees not to disclose the private personal, financial or medical information of the defendant or any third party disclosed in the documents that are produced by the United States as discovery in the matter of *United States v. Jones*, CR 4:14-70218;

    iv.    understands that failure to abide by this Order may result in sanctions by the United States District Court for the Northern District of California; and

    v.    agrees to submit to the jurisdiction of the District Court for the punishment of any violations of the Order.

| Name | Signature | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |